

| | | | |
|---|---|---|---|
| LSREF2 Cobalt (WI) LLC v. Karma, Inc. | 2015AP002587 | 10–27–2016 | Affirmed |
| Outagamie County v. J. J. | 2016AP000043 | 10–12–2016 | Affirmed |
| Thompson v. Mueller Tax and Accounting, Inc. | 2016AP000077 | 10–27–2016 | Affirmed |
| Thorsland v. Wolter | 2016AP000091 | 10–12–2016 | Affirmed |
| State v. J. B.† | 2016AP000483 through 2016AP000485 | 10–04–2016 | Affirmed |
| Paape v. Grefsheim | 2016AP000515 FT | 10–12–2016 | Reversed and remanded |
| State v. Branovan | 2016AP000622 CR | 10–05–2016 | Affirmed |
| County of Fond Du Lac v. Ramthun† | 2016AP000825 | 10–26–2016 | Affirmed |
| County of Sheboygan v. Kleinhans | 2016AP000836 | 10–26–2016 | Affirmed |
| State v. Dowling† | 2016AP000838 CR | 10–26–2016 | Affirmed |
| State v. D.C.M. | 2016AP001205 FT | 10–05–2016 | Reversed |

† Petition to review filed.